IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT EARL THOMAS, #157 347 | * | |
| Plaintiff, | * | |
| v. | * | 2:02-CV-659-MEF |
| M.L. COPELAND, *et al.*, | * | (WO - Do Not Publish) |
| Defendants. | * | |

_____

## **ORDER**

The Magistrate Judge filed a Recommendation (Doc. #219) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be ADOPTED. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #219) of the Magistrate Judge is ADOPTED. This case is DISMISSED with prejudice for Plaintiff's failures to prosecute this action and comply with the orders of this Court.

Done this the 4th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE